1
2
3
4
5
6
7
8                       IN THE UNITED STATES DISTRICT COURT
9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10  JAVIER PEREZ-LOPEZ
11          Plaintiff,                    No. 2:10-cv-0353-KJN P
12      vs.
13  COX, et al.,
14          Defendants.              ORDER
15  _____/
16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant
17  to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to
18  28 U.S.C. § 1915.  However, the certificate portion of the request which must be completed by
19  plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a
20  certified copy of his prison trust account statement for the six month period immediately
21  preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Accordingly, plaintiff will be
22  provided the opportunity to submit a completed in forma pauperis application and a certified
23  copy in support of his application.
24  /////
25  /////
26  /////

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission and submit the following documents to the court:

   a. A complete Application to Proceed In Forma Pauperis By a Prisoner; and

   b. a certified copy of plaintiff's prison trust account statement for the six month period immediately preceding the filing of the complaint.

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff's failure to comply with this order may result in the dismissal of this action without prejudice.

DATED: February 17, 2010

/s/ Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

pere0353.3c+new

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff,                                   No. 2:#cv-

vs.

                                                                        NOTICE OF SUBMISSION

Defendants.
_____/

Plaintiff hereby submits the following document in compliance with the court's order filed _____:

    _____        Complete Application to Proceed In Forma Pauperis By a Prisoner/Certified Copy of Prison Trust Account Statement

DATED:

                                                                    _____
                                                                    Plaintiff